IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) CR. No. <u>08-10119-B</u><br>) |
| v. | ) 18 U.S.C. § 2<br>) 18 U.S.C. § 241<br>) 18 U.S.C. § 247(a)<br>) 18 U.S.C. § 371 |
| DANIEL G. COWART, and<br>PAUL M. SCHLESSELMAN, | ) 18 U.S.C. § 879<br>) 18 U.S.C. § 922(a)(4)<br>) 18 U.S.C. § 922(u) |
| Defendants. | ) 18 U.S.C. § 924(b)<br>) 18 U.S.C. § 924(c)<br>) 26 U.S.C. § 5861(c)<br>) 26 U.S.C. § 5861(j) |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

1.  Beginning on or about September 1, 2008, the exact date being unknown to the Grand Jury, and continuing until on or about October 22, 2008, in the Western District of Tennessee and elsewhere, the defendants,

------------------------------ DANIEL G. COWART ------------------------------
------------------------------ and ------------------------------
------------------------------ PAUL M. SCHLESSELMAN ------------------------------

did knowingly and willfully combine, conspire, and agree with each other and with persons unknown to the Grand Jury, to injure, oppress, threaten, and intimidate persons in the State of Tennessee and elsewhere in the United States in the free exercise and enjoyment of a right and privilege secured to them by the Constitution and laws of the United States,

to wit, the right to travel locally through public spaces and roadways, in violation of Title 18, United States Code, Section 241.

## OBJECT OF THE CONSPIRACY

2. It was an object of the conspiracy that **COWART AND SCHLESSELMAN** would murder people, specifically African-Americans, including African-Americans exercising their right to use the sidewalks and streets.

## METHODS AND MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The conspiracy was to be accomplished in substance as follows:

3. **COWART** would transport **SCHLESSELMAN** and firearms that **SCHLESSELMAN** possessed from Arkansas to Tennessee.

4. **COWART** and **SCHLESSELMAN**, by committing robberies and burglaries, would steal money and valuables from homes to finance their racially targeted killing spree.

5. **COWART and SCHLESSELMAN** would steal assault rifles and handguns from a store in Jackson, Tennessee, for use on their racially targeted killing spree.

6. **COWART and SCHLESSELMAN** would steal additional firearms from **COWART's** relatives to facilitate the racially targeted killing spree.

7. **COWART and SCHLESSELMAN** would decorate **COWART's** car with a swastika, the numbers "14" and "88," and phrases including "Sieg Heil," the acronym "WWHD?", and "Honk if you love Hitler," and drive around while armed, with the goal of causing African-Americans to confront them.

8. **COWART and SCHLESSELMAN** would shoot anyone who confronted them.

9. **COWART and SCHLESSELMAN** would use the stolen firearms, along with the

weapons they already possessed, including the sawed-off shotgun and the .357 magnum caliber revolver **SCHLESSELMAN** provided and a .308 caliber rifle, .25 caliber rifle, .22 caliber revolver, and five swords that **COWART** already possessed, to kill people, including at least some African-Americans who would be specifically targeted because of their race.

10. **COWART and SCHLESSELMAN** would decapitate some of their African-American victims.

11. **COWART and SCHLESSELMAN** would travel from state to state in the course of their racially targeted killing spree.

12. **COWART and SCHLESSELMAN** did not intend to survive their racially targeted killing spree, and planned that their series of murders would end when they died at the hands of law enforcement officers.

## OVERT ACTS

13. From on or about September 1, 2008, and continuing until on or about October 20, 2008 **COWART and SCHLESSELMAN** discussed over the internet a plan for a racially targeted killing spree and robberies and burglaries that they would commit to support such a spree.

14. On or about September 10, 2008, **COWART** took a photograph of a firearms store in Madison County, Tennessee.

15. On or about September 10, 2008, **COWART** drew a diagram of the interior layout of a firearms store in Madison County, Tennessee.

16. On or about September 11, 2008 **COWART** showed **SCHLESSELMAN** a diagram of the floor plan of a firearms store in Madison County, Tennessee.

3

17. On or about September 11, 2008, **COWART** showed **SCHLESSELMAN** a photo of a firearms store.

18. On or about October 14, 2008, **SCHLESSELMAN** sawed the barrel down on his 12 gauge shotgun to facilitate their racially targeted killing spree and related robberies. **SCHLESSELMAN** cut the barrel down to approximately 16 inches and showed **COWART** the sawed off shotgun over the internet.

19. On or about October 20, 2008, **COWART** drove to Arkansas to pick up **SCHLESSELMAN**.

20. On or about October 20, 2008, **COWART** transported **SCHLESSELMAN** from Arkansas to Tennessee.

21. On or about October 20, 2008, **COWART and SCHLESSELMAN** transported the sawed-off shotgun and a .357 caliber handgun, as well as boxes of ammunition, from Arkansas to Tennessee in **COWART's** Honda Civic.

22. On or about October 21, 2008, **COWART and SCHLESSELMAN** went to a pawn shop where **COWART** purchased a box of 12 gauge shotgun shells.

23. On or about October 21, 2008, **COWART and SCHLESSELMAN** went to a second pawn shop where **COWART** purchased a magazine for his .308 caliber rifle.

24. On or about October 21, 2008, **COWART and SCHLESSELMAN** contacted and attempted to contact associates in Texas and California for the purpose of securing places to stay during the course of their racially targeted killing spree.

25. On or about October 21, 2008, **COWART and SCHLESSELMAN** drove around Bells, Tennessee, and identified a home that they would burglarize and rob.

26. On or about October 21, 2008, **COWART and SCHLESSELMAN** purchased from Wal-Mart two ski masks and nylon rope.

27. On or about October 22, 2008, **COWART and SCHLESSELMAN** went to Wal-Mart where **COWART** purchased 50 rounds of .25 caliber ammunition.

28. On or about October 22, 2008, **COWART and SCHLESSELMAN** decorated **COWART's** Honda Civic with a large swastika, the numbers 14 and 88, and phrases and slogans including "Sieg Heil," the acronym "WWHD?", and "Honk if you love Hitler."

29. On or about October 22, **COWART and SCHLESSELMAN** drove around in **COWART's** Honda Civic, which was decorated with a large swastika, the numbers 14 and 88, and phrases and slogans including "Sieg Heil," the acronym "WWHD?", and "Honk if you love Hitler," while armed with loaded firearms.

## SPECIAL FINDING

**COWART and SCHLESSELMAN** intentionally selected a class of victims as the intended victims of their conspiracy because of the actual and perceived race, color, national origin, and ethnicity of that class of people.

All in violation of Title 18, United States Code, Section 241.

## COUNT 2

1.  Beginning on or about September 1, 2008, the exact date being unknown to the Grand Jury, and continuing until on or about October 22, 2008, in the Western District of Tennessee and elsewhere, the defendants,

**DANIEL G. COWART**
**and**
**PAUL M. SCHLESSELMAN**

did knowingly and willfully combine, conspire, and agree with each other and with persons unknown to the Grand Jury, to commit offenses against the United States, that is:

   A. With the intent to commit therewith an offense punishable by imprisonment for a term exceeding one year, or with knowledge of reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year is to be committed therewith, transports, or receives a firearm or any ammunition in interstate or foreign commerce, in violation of Title 18, United States Code, Section 924(b).

   B. To steal or unlawfully take or carry away from the person or the premises of a person who is licensed to engage in the business of importing, manufacturing or dealing in firearms in the licensees business inventory that has been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(u).

   C. For any person other than a licensed importer or, a licensed manufacturer, a licensed dealer, or licensed collector, to transport in interstate commerce a short barreled shotgun except as specifically authorized by the Attorney General consistent with public safety and necessity, in violation of Title 18, United States Code, Section 922(a)(4).

## OBJECT OF THE CONSPIRACY

2.  It was the object of the conspiracy that **COWART and SCHLESSELMAN** would and did transport firearms and ammunition from Arkansas to Tennessee and would steal firearms and ammunition in Tennessee for the purpose of using the weapons to facilitate the commission of other crimes which included but were not limited to murder, the robbery

of a gun store, home invasion robberies, and burglaries.

## METHODS AND MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The conspiracy was to be accomplished in substance as follows:

3. **COWART** would transport **SCHLESSELMAN** and firearms that **SCHLESSELMAN** possessed from Arkansas to Tennessee.

4. **COWART and SCHLESSELMAN**, by committing robberies and burglaries, would steal money and valuables from homes to finance their racially targeted killing spree.

5. **COWART and SCHLESSELMAN** would steal assault rifles and handguns from a store in Jackson, Tennessee, for use on their racially targeted killing spree.

6. **COWART and SCHLESSELMAN** would steal additional firearms from **COWART's** relatives to facilitate the racially targeted killing spree.

7. **COWART and SCHLESSELMAN** would decorate **COWART's** car with a swastika, the numbers "14" and "88," and phrases including "Sieg Heil," the acronym "WWHD?", and "Honk if you love Hitler," and drive around while armed, with the goal of causing African-Americans to confront them.

8. **COWART and SCHLESSELMAN** would shoot anyone who confronted them.

9. **COWART and SCHLESSELMAN** would use the stolen firearms, along with the weapons they already possessed, including the sawed-off shotgun and the .357 magnum caliber revolver **SCHLESSELMAN** provided and a .308 caliber rifle, .25 caliber rifle, .22 caliber revolver, and five swords that **COWART** already possessed, to kill people, including at least some African-Americans who would be specifically targeted because of their race.

7

10. **COWART and SCHLESSELMAN** would decapitate some of their African-American victims.

11. **COWART and SCHLESSELMAN** would travel from state to state in the course of their racially targeted killing spree.

12. **COWART and SCHLESSELMAN** did not intend to survive their racially targeted killing spree, and planned that their series of murders would end when they died at the hands of law enforcement officers.

## OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, at least one of the overt acts were committed in the Western District of Tennessee.

13. From on or about September 1, 2008, and continuing until on or about October 20, 2008, **COWART and SCHLESSELMAN** discussed over the internet a plan for a racially targeted killing spree and robberies and burglaries that they would commit to support such a spree.

14. On or about September 10, 2008, **COWART** took a photograph of a firearms store in Madison County, Tennessee.

15. On or about September 10, 2008, **COWART** drew a diagram of the interior layout of a firearms store in Madison County, Tennessee.

16. On or about September 11, 2008, **COWART** showed **SCHLESSELMAN** a diagram of the floor plan of a firearms store in Madison County, Tennessee.

17. On or about September 11, 2008, **COWART** showed **SCHLESSELMAN** a photo of a firearms store.

18. On or about October 14, 2008, **SCHLESSELMAN** sawed the barrel down on his 12 gauge shotgun to facilitate their racially targeted killing spree and related robberies. **SCHLESSELMAN** cut the barrel down to approximately 16 inches and showed **COWART** the sawed off shotgun over the internet.

19. On or about October 20, 2008, **COWART** drove to Arkansas to pick up **SCHLESSELMAN**.

20. On or about October 20, 2008, **COWART** transported **SCHLESSELMAN** from Arkansas to Tennessee.

21. On or about October 20, 2008, **COWART and SCHLESSELMAN** transported the sawed-off shotgun and a .357 caliber handgun, as well as boxes of ammunition, from Arkansas to Tennessee in **COWART's** Honda Civic.

22. On or about October 21, 2008, **COWART and SCHLESSELMAN** went to a pawn shop where **COWART** purchased a box of 12 gauge shotgun shells.

23. On or about October 21, 2008, **COWART and SCHLESSELMAN** went to a second pawn shop where **COWART** purchased a magazine for his .308 caliber rifle.

24. On or about October 21, 2008, **COWART and SCHLESSELMAN** contacted and attempted to contact associates in Texas and California for the purpose of securing places to stay during the course of their racially targeted killing spree.

25. On or about October 21, 2008, **COWART and SCHLESSELMAN** drove around Bells, Tennessee, and identified a home that they would burglarize and rob.

26. On or about October 21, 2008, **COWART and SCHLESSELMAN** purchased from Wal-Mart two ski masks and nylon rope.

27. On or about October 22, 2008, **COWART and SCHLESSELMAN** went to Wal-Mart where **COWART** purchased 50 rounds of .25 caliber ammunition.

28. On or about October 22, 2008, **COWART and SCHLESSELMAN** decorated **COWART's** Honda Civic with a large swastika, the numbers 14 and 88, and phrases and slogans including "Sieg Heil," the acronym "WWHD?", and "Honk if you love Hitler."

29. On or about October 22, **COWART and SCHLESSELMAN** drove around in **COWART's** Honda Civic, which was decorated with a large swastika, the numbers 14 and 88, and phrases and slogans including "Sieg Heil," the acronym "WWHD?", and "Honk if you love Hitler," while armed with loaded firearms.

## SPECIAL FINDING

**COWART and SCHLESSELMAN** intentionally selected a class of victims as the intended victims of their conspiracy because of the actual and perceived race, color, national origin, and ethnicity of that class of people.

All in violation of Title 18, United States Code, Section 371.

## COUNT 3

On or about October 20, 2008, in the Western District of Tennessee, the defendants,

---------------------------------- DANIEL G. COWART ----------------------------------
---------------------------------------- and ----------------------------------------
---------------------------------- PAUL M. SCHLESSELMAN ----------------------------------

being aided, abetted, counseled and induced each by the other, knowingly transported a firearm, in interstate commerce, from Arkansas to Tennessee, that being a Mossberg, 12 gauge shotgun, which had a barrel of less than eighteen (18) inches in length, as defined in Title 26, United States Code, Sections 5845(a) and (d), that is not registered in the National Firearms Registration and Transfer Record, as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5841, 5861(j) and 5871; and Title 18, United States Code, Section 2.

## COUNT 4

On or about October 20, 2008, in the Western District of Tennessee, the defendants,

---------------------------------- **DANIEL G. COWART** ----------------------------------
---------------------------------------- **and** ----------------------------------------
-------------------------------- **PAUL M. SCHLESSELMAN** --------------------------------

being aided, abetted, counseled and induced each by the other, knowingly transported firearms, in interstate commerce, from Arkansas to Tennessee, that is, a Mossberg, 12 gauge shotgun and a .357 caliber handgun, with the intent to commit therewith offense(s) punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 924(b) and Section 2.

## SPECIAL FINDING

**COWART and SCHLESSELMAN** intentionally selected a class of victims as the intended victims of their crimes because of the actual and perceived race, color, national origin, and ethnicity of that class of people.

## COUNT 5

On or about October 20, 2008, in the Western District of Tennessee, the defendants,

---------- DANIEL G. COWART ----------
---------- and ----------
---------- PAUL M. SCHLESSELMAN ----------

not being a licensed importer, a licensed manufacturer, or a licensed dealer, or a licensed collector, being aided, abetted, counseled and induced each by the other, knowingly transported in interstate commerce, a short barreled shotgun which was not specifically authorized by the Attorney General consistent with public safety and necessity, in violation of Title 18, United States Code, Section 922(a)(4), and Section 2.

## COUNT 6

On or about October 21, 2008, in the Western District of Tennessee, the defendants,

---------- DANIEL G. COWART ----------
---------- and ----------
---------- PAUL M. SCHLESSELMAN ----------

being aided, abetted, counseled and induced each by the other, knowingly possessed a firearm which had been made and altered to have a barrel of less than eighteen (18) inches in length, being a Mossberg 12 gauge shotgun, in violation of Title 26, United States Code, Sections 5845, 5861(c), and 5871; and Title 18, United States Code, Section 2.

## COUNT 7

On or about October 23, 2008, in the Western District of Tennessee, the defendant,

-------------------------------- **PAUL M. SCHLESSELMAN** --------------------------------

did knowingly and willfully threaten to kill and inflict bodily harm upon a major candidate for the office of President of the United States, specifically, Barack Obama, in violation of Title 18, United States Code, Section 879.

## SPECIAL FINDING

**SCHLESSELMAN** intentionally selected Barack Obama as the intended victim of his crime because of Barack Obama's actual and perceived race, color, and ethnicity.

## COUNT 8

On or about May 16, 2008, in the Western District of Tennessee, the defendant,

------------------------------------- **DANIEL G. COWART** -------------------------------------

did knowingly and willfully threaten to kill and inflict bodily harm upon a major candidate for the office of President of the United States, specifically, Barack Obama, in violation of Title 18, United States Code, Section 879.

## SPECIAL FINDING

**COWART** intentionally selected Barack Obama as the intended victim of his crime because of Barack Obama's actual and perceived race, color, and ethnicity.

## COUNT 9

On or about October 21, 2008, in the Western District of Tennessee, the defendant, ---------------------------------- **DANIEL G. COWART** ---------------------------------- did in and affecting interstate commerce intentionally deface, damage, and destroy religious real property, to wit, Allen Baptist Church in Brownsville, Tennessee, because of the religious character of that property, and did attempt to do the same.

In the course of doing so, **COWART** did use, attempt to use, and threaten to use a dangerous weapon.

All in violation of Title 18, United States Code, Sections 247.

## COUNT 10

On or about October 21, 2008, in the Western District of Tennessee, the defendant,

------------------------------------------------ DANIEL G. COWART ------------------------------------------------

did use and carry a firearm during and relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, damage to religious property, in violation of 18 U.S.C. § 247; all in violation of 18 U.S.C. § 924(c)(1)(A)(I).

In the course of using and carrying a firearm during and in relation to said crime of violence for which he may be prosecuted in a court of the United States, Daniel Cowart did discharge said firearm, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATE: November 20, 2008

_[signature]_
ACTING UNITED STATES ATTORNEY

_[signature]_ FOR
GRACE CHUNG BECKER
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION