UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge J. Daniel Breen, United States District Judge

January 20, 2010

RE:   1:08-10119-01 and 10-10006-01
         USA *vs*. PAUL SCHLESSELMAN

Dear Sir/Madam:

The **SENTENCING HEARING** before **Judge J. Daniel Breen** has been **SET** for **THURSDAY, APRIL 15, 2010** at **1:30 P.M. in Courtroom 1, 4th floor of the U. S. Courthouse, Jackson, Tennessee.** *If the hearing is expected to last more than 30 minutes, attorneys are asked to advise the case manager so that adequate time may be scheduled.*

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE COURT REQUESTS THAT DEFENSE COUNSEL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   s/ **Evelyn Cheairs**
         Evelyn Cheairs
         Case Manager to Judge J. Daniel Breen
         731-421-9207