IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:08-CR-10119-002-B |
| v. | ) | No. 1:10-CR-10006-001-B |
| | ) | |
| PAUL SCHLESSELMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS

COMES NOW, the United States of America, by and through Lawrence J. Laurenzi, United States Attorney for the Western District of Tennessee, and his duly appointed representative, Assistant United States Attorney James W. Powell, and Jonathan Skrmetti, Civil Rights Division of the Department of Justice, and pursuant to Local Criminal Rule 32.1(d), United States District Court, Western District of Tennessee, files this pleading to advise the Court that the United States of America has no objections to the presentence investigation report filed in this cause on March 10, 2010, by U.S. Probation Officer Bobby E. Appleton.

Respectfully submitted,

LAWRENCE J. LAURENZI
United States Attorney

By: *s/ James W. Powell*
JAMES W. POWELL
Assistant U.S. Attorney
109 South Highland, Suite 300
Jackson, Tennessee  38301

                  (901) 422-6220
                  (TN. Bar No. 9614)
                  Email: James.Powell@usdoj.gov

## CERTIFICATE OF SERVICE

    I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been delivered this 29th day of March 2010 to:

Ms. Doris Randle-Holt, and Mr. David M. Bell
Assistant Federal Public Defenders
200 Jefferson Avenue, Suite 200
Memphis, Tennessee

and

Mr. Bobby E. Appleton
United States Probation Officer
109 South Highland Avenue
Jackson, Tennessee


                  s/  *James W. Powell*
                  JAMES W. POWELL
                  Assistant United States Attorney